ALFRED WILLIAM STUMPFF V. STATE OF NEBRASKA.

FILED NOVEMBER 14, 1930. No. 27632.

*J. H. Grosvenor*, for plaintiff in error.

*C. A. Sorensen, Attorney General*, and *Clifford L. Rein*, contra.

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Alfred William Stumpff for a review of the judgment of the district court for Merrick county wherein he was convicted upon a charge of unlawful possession of intoxicating liquor as a third offense.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.